UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | )  2:01-CR-220-PMP-RJJ |
| | ) |
| vs. | ) |
| | ) |
| DEBRA LORRAINE CALDERA | ) |
| | ) |
| Defendant. | ) |

ORDER

The matter before the court is to clarify the order of restitution previously entered as part of the Judgment in a Criminal Case (#65) on April 24, 2002. Upon further review of the restitution order in this matter, the specifics needed to complete the order of restitution were not made a part of the Judgment. Therefore, good cause appearing,

**IT IS ORDERED** that the defendant shall make restitution to the following payee(s) listed below:

Name of Payee: MICHAEL TERACE
Amount of Restitution: $75,000.00

**Total Amount of Restitution ordered: $75,000.00\*\***

\*\*Joint and several with co-defendant Anil Kumar Gupta

Dated this ___12___ day of December, 2016.

_____
UNITED STATES DISTRICT JUDGE

GLORIA M. NAVARRO, Chief Judge
United States District Court